UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 11 |
| ITR CONCESSION COMPANY LLC, | Case No. 14-34284 |
| Debtor. | Honorable Judge Pamela S. Hollis |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

The undersigned attorneys with the law firm of Barnes & Thornburg LLP hereby enter their appearances in the above-captioned case of the debtor ITR Concession Company LLC (the "Debtor") as counsel for The Indiana Finance Authority, a public body politic and corporate of the State of Indiana ("IFA"), which is a party to a certain Indiana Toll Road Concession and Lease Agreement with the Debtor dated April 12, 2006, as amended (the "Agreement"), and hereby request that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in the cases, be served upon them at the following addresses, and that they each be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

> Michael K. McCrory
> Mark R. Owens
> BARNES & THORNBURG LLP
> 11 S. Meridian Street
> Indianapolis, IN  46204
> Telephone: (317) 236-1313
> Facsimile: (317) 231-7433
> Email: *Michael.McCrory@btlaw.com*
>         *Mark.Owens@btlaw.com*

> - and -

David M. Powlen
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email: *David.Powlen@btlaw.com*

- and -

Timothy S. McFadden
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60601
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
Email: *Timothy.McFadden@btlaw.com*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in the case, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

## RESERVATION OF RIGHTS AND LIMITATION ON APPEARANCE

Neither this Appearance nor any subsequent appearance, motion, pleading, proof of claim, or other writing or conduct shall constitute a waiver by the IFA or other unit of the State of Indiana of any:

(a) right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

(b) right to trial by jury in any proceeding as to any and all matters so triable;

2

(c) right to have the reference in this case withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

(d) right to invoke, require or participate in activities or procedures outside of the Bankruptcy Court to address and resolve any dispute arising out of or associated with the Agreement, including arbitration (as provided in Article 19 of the Agreement);

(e) defense, right, privilege or position of sovereign immunity under the 11th Amendment to the Constitution of the United States of America;

(f) ability to exercise or enforce any police or regulatory power; and

(g) other rights, claims, actions, defenses, setoffs, recoupments or other matters to which the IFA or other unit of the State of Indiana may be entitled under any agreements, at law or in equity, or under the United States Constitution.

All of the above rights and other items are expressly reserved and preserved unto the IFA without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated: September 22, 2014          BARNES & THORNBURG LLP

*/s/ Timothy S. McFadden*
Timothy S. McFadden
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60601
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
Email: *Timothy.McFadden@btlaw.com*

- and -

Michael K. McCrory (*pro hac vice admission pending*)
Mark R. Owens (*pro hac vice admission pending*)
BARNES & THORNBURG LLP

11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: *Michael.McCrory@btlaw.com*
      *Mark.Owens@btlaw.com*

   - and -

David M. Powlen (*pro hac vice admission pending*)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email: *David.Powlen@btlaw.com*

*Attorneys for The Indiana Finance Authority*

CHDS01 923442v1