APPEARANCE

## United States Bankruptcy Court

For the  Northern  District of  Illinois

In re

ITR CONCESSION COMPANY LLC, et al.,[1]

Case No. 14-34284 (PSH)

(Joint Administration Requested)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Committee of Secured Parties

---

Michael P. O'Neil
Print Name on this Line

/s/ Michael P. O'Neil
Signature

ATTORNEY ID NUMBER    6194470

Taft Stettinius & Hollister LLP
Firm Name

FIRM ID NUMBER:

111 East Wacker Drive, Suite 2800
Street Address

Chicago    IL    60601
City    State    Zip

Telephone    317-713-3561

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:

TYPE OF DEFENSE COUNSEL:

CJA____ ,RETAINED____ ,SELF____ ,NONE OTHER____ ,PUB DEF____

FOR OFFICE USE ONLY:

Party Code: P____    D____    TP____

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: ITR Concession Company LLC (0293); ITR Concession Company Holdings LLC (0285); and Statewide Mobility Partners LLC (1312). The location of the Debtors' service address for the purposes of these Chapter 11 cases is: c/o ITR Concession Company LLC, 205 North Michigan Avenue, Suite 2510, Chicago, Illinois 60601.