**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ITR CONCESSION COMPANY LLC, *et al.*,[1] | ) ) ) | Case No. 14-34284 (PSH) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**AGENDA FOR FIRST-DAY HEARING**

| | |
|---|---|
| Time and Date of Hearing: | **September 23, 2014, at 11:00 a.m. (Central Time)** |
| Location of Hearing: | The Honorable Pamela S. Hollis<br>Courtroom No. 644<br>United States Bankruptcy Court for the Northern District of Illinois<br>219 S. Dearborn Street<br>Chicago, Illinois 60604 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtor's notice and claims agent, Kurtzman Carson Consultants LLC ("KCC"), at www.kccllc.net/ITR.  Further information may be obtained by calling KCC at (877) 634-7181 within the United States or Canada or, outside of the United States or Canada, by calling +1 (424) 236-7226. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: ITR Concession Company LLC (0293); ITR Concession Company Holdings LLC (0285); and Statewide Mobility Partners LLC (1312).  The location of the Debtors' service address for the purposes of these chapter 11 cases is:  c/o ITR Concession Company LLC, 205 North Michigan Avenue, Suite 2510, Chicago, Illinois 60601.

KE 32257875

**I.      Introduction**

1. ***First Day Declaration.***  Declaration of Fernando Redondo, Chief Executive Officer of ITR Concession Company LLC, in Support of Chapter 11 Petitions and First-Day Pleadings [Docket No. 6]

**II.     Uncontested Matters Requested to Be Heard at First Day Hearing**

1. ***Joint Administration.***  Motion of ITR Concession Company LLC, et al., for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 5]

    **Status:**      A proposed order will be submitted to the Court.

2. ***Cash Management.***  Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain the Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Transactions, and (D) Maintain Existing Investment Practices, (II) Waiving Deposit and Investment Requirements of Section 345(b) of the Bankruptcy Code, (III) Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, and (IV) Granting Related Relief [Docket No. 8]

    **Status:**      A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing, at which time a proposed final order will be submitted to the Court.

3. ***Wages and Benefits.***  Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and Continue Employee Benefits Programs, (B) Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 9]

    **Status:**      A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing, at which time a proposed final order will be submitted to the Court.

4. ***Customer Programs.***  Motion of ITR Concession Company LLC, et al., for Entry of an Order (A) Authorizing the Debtors to Continue, and Honor Prepetition Obligations Under, Customer Programs, (B) Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 10]

    **Status:**      A proposed order will be submitted to the Court.

5. ***Insurance.*** Motion of ITR Concession Company LLC, et al., for Entry of an Order (A) Authorizing the Debtors to Pay Their Insurance Obligations in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 11]

   **Status:** A proposed order will be submitted to the Court.

6. ***Skyway Toll Collection Agreement.*** Motion of ITR Concession Company LLC, et al., for Entry of an Order (A) Authorizing the Debtors to Honor Obligations Under the Skyway Toll Collection Agreement, (B) Directing Financial Institutions to Honor Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 12]

   **Status:** A proposed order will be submitted to the Court.

7. ***Utilities***. Motion of ITR Concession Company LLC, et al., for Entry of an Order (A) Determining Adequate Assurance of Utility Payment and (B) Granting Related Relief [Docket No. 13]

   **Status:** A proposed order will be submitted to the Court.

8. ***Taxes.*** Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (B) Directing Institutions to Honor All Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 14]

   **Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing, at which time a proposed final order will be submitted to the Court.

9. ***All GUC Motion.*** Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Prepetition General Unsecured Claims in the Ordinary Course of Business, (B) Directing Financial Institutions to Honor Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 19]

   **Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing, at which time a proposed final order will be submitted to the Court.

10. ***KCC Retention.*** Application of ITR Concession Company LLC, et al., for Entry of an Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Balloting Agent to the Debtors, Effective Nunc Pro Tunc to the Petition Date [Docket No. 15]

    **Status:** A proposed order will be submitted to the Court.

3

11. ***Case Management.*** Motion of ITR Concession Company LLC, et al., for Entry of an Order Approving Case Management Procedures [Docket No. 17]

**Status:** A proposed order will be submitted to the Court.

12. ***Schedules and Statements Extension.*** Motion of ITR Concession Company LLC, et al., for Entry of an Order (A) Providing an Extension of Time to File Schedules and Statements of Financial Affairs and (B) Providing for a Permanent Waiver of the Requirement to File Schedules and Statements of Financial Affairs upon Confirmation of the Plan [Docket No. 18]

**Status:** A proposed order will be submitted to the Court.

13. ***Bar Date.*** Motion of ITR Concession Company LLC, et al., for Entry of an Order (A) Establishing Limited Bar Dates for Filing Proofs of Claim, (B) Approving the Form and Manner for Filing Proofs of Claim, (C) Approving Notice Thereof, and (D) Granting Related Relief [Docket No. 20]

**Status:** A proposed order will be submitted to the Court.

14. ***Cash Collateral.*** Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [Docket No. 21]

**Status:** A proposed interim order will be submitted to the Court. This matter will be heard on a final basis at a later hearing, at which time a proposed final order will be submitted to the Court.

15. ***Combined Hearing Scheduling Motion.*** Motion of ITR Concession Company LLC, et al., for Entry of an Order (A) Scheduling a Combined Disclosure Statement Approval and Confirmation Hearing (B) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures, (C) Approving the Solicitation Procedures, (D) Approving the Combined Hearing Notice and the Cure Notice, and (E) Directing that a Meeting of Creditors Not Be Convened [Docket No. 26]

**Status:** A proposed order will be submitted to the Court.

### III. Matters the Debtors Request that the Court Hear at a Later Hearing

#### A. Final Relief for First Day Motions

The Debtors are not requesting that the following matters be heard at this hearing. The Debtors request these matters to be heard at a hearing to be scheduled by the Court prior to the confirmation hearing.

1. ***All GUC Motion.*** Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Prepetition General Unsecured Claims in the Ordinary Course of Business, (B) Directing Financial Institutions to Honor Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 19]

2. ***Cash Management.*** Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain the Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Transactions, and (D) Maintain Existing Investment Practices, (II) Waiving Deposit and Investment Requirements of Section 345(b) of the Bankruptcy Code, (III) Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, and (IV) Granting Related Relief [Docket No. 8]

3. ***Wages and Benefits.*** Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and Continue Employee Benefits Programs, (B) Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 9]

4. ***Cash Collateral.*** Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [Docket No. 21]

5. ***Taxes.*** Motion of ITR Concession Company LLC, et al., for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (B) Directing Institutions to Honor All Related Checks and Electronic Payment Requests, and (C) Granting Related Relief [Docket No. 14]

B. **Additional Motion**

The Debtors are *not* requesting that the following matter be heard at this hearing. The Debtors request this matter to be heard at a hearing to be scheduled by the Court prior to the confirmation hearing.

1. *Notice of Filing Stipulation.* Notice of Filing Stipulation Among the Debtors, the Committee of Secured Parties, and the Indiana Finance Authority [Docket No. 32]

| | |
|---|---|
| Dated: September 22, 2014<br>Chicago, Illinois | */s/ Marc Kieselstein*<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Jeffrey D. Pawlitz<br>Gregory F. Pesce<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |

KE 32257875