**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ITR CONCESSION COMPANY LLC, *et al.*,[1] | ) Case No. 14-34284 (PSH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF FILING OF JOINT PREPACKAGED PLAN OF**
**REORGANIZATION OF ITR CONCESSION COMPANY LLC,** ***ET AL.*,**
**PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**
**(WITH TECHNICAL MODIFICATIONS)**

**PLEASE TAKE NOTICE** that, on September 21, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Prepackaged Plan of Reorganization of ITR Concession Company LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 24] with the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised version of the *Joint Prepackaged Plan of Reorganization of ITR Concession Company LLC, et al., Pursuant to Chapter 11 of the Bankruptcy Code (with Technical Modifications)* (the "Modified Plan"), attached hereto as **Exhibit A**. The Modified Plan includes immaterial modifications to address informal comments raised by certain parties in interest and clarifies certain provisions.

**PLEASE TAKE FURTHER NOTICE** that a blackline identifying the modifications included in the Modified Plan is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Modified Plan is scheduled for October 28, 2014, at 11:00 a.m., (prevailing Central Time) or as soon thereafter as counsel may be heard, before the Honorable Pamela S. Hollis in Courtroom 644 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, at which time and place you may appear.

**PLEASE TAKE FURTHER NOTICE** that additional copies of the Modified Plan and any other document filed in these chapter 11 cases are available free of charge by visiting the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: ITR Concession Company LLC (0293); ITR Concession Company Holdings LLC (0285); and Statewide Mobility Partners LLC (1312). The location of the Debtors' service address for the purposes of these chapter 11 cases is: c/o ITR Concession Company LLC, 205 North Michigan Avenue, Suite 2510, Chicago, Illinois 60601.

KE 33729824

case website maintained by Kurtzman Carson Consultants LLC, the notice and balloting agent for these chapter 11 cases, available at http://www.kccllc.net/ITR or by calling (877) 634-7181. You may also obtain copies of any pleadings by visiting the Court's website at www.ilnb.uscourts.gov in accordance with the procedures and fees set forth therein. Please be advised that the Notice, Claims, and Solicitation Agent is not permitted to provide legal advice.

| | |
|---|---|
| Dated: October 14, 2014<br>Chicago, Illinois | */s/ Marc Kieselstein*<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Jeffrey D. Pawlitz<br>Gregory F. Pesce<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |

KE 33729824