# **EXHIBIT C**

# Charles Otton - Bio



### Charles Otton

*Managing Director, Co-Head of Global Industrials Group, Americas*

**Years with UBS:** 20
**Years within the Industry:** 20
**Background:** Charles Otton is Co-Head of the Global Industrials Group, Americas. He joined the company 20 years ago.  He has 20 years of experience in Investment Banking (10 in London and 10 in New York) .  He has extensive experience in M&A, equity and debt transactions in the aviation, transportation/travel, capital goods and infrastructure sectors.

Email: charles.otton@ubs.com
Tel.: +1 212-821-5425

**Select Transaction Experience:**

- Sole financial advisor to the Indiana Toll Road in its $5.7bn sale to IFM (2015)
- Joint bookrunner on the Travel Leaders $240m Term Loan B financing (2015)
- Joint bookrunner on Avolon's $273 million NYSE IPO (2014)
- Financial Advisor to AerCap on the US$26bn acquisition of ILFC from AIG (2014) and joint bookrunner on the related $2.6 billion notes offering
- Joint bookrunning manager for Travelport on its $480 million NYSE IPO (2014)
- Financial Advisor to American Express in the creation of its US$1.8bn Global Business Travel JV with an investor group including Qatar Holding and Blackrock (2014)
- Joint bookrunning manager for Volaris (Mexico) on its US$398 million dual listing ADS IPO (2013)
- Joint bookrunning manager for Avianca on its $409 million NYSE IPO (2013)
- Sole financial advisor on GE's A$700mm acquisition of Industrea (2012)
- Advisor to UPS on the proposed  €5.2bn acquisition of TNT (2012)
- Advisor to LAN on its US$19 billion merger with TAM (2012)
- Advisor to Joy Global on HK$11bn ($1.4bn) acquisition of International Mining Machinery (2012)
- Financial Advisor to Travelport on the US$720mm sale of Gullivers Travel to Kuoni (2011)
- Financial Advisor to British Airways on its US$20 billion merger with Iberia (2011)
- Joint bookrunning manager on R$692 million (US$376 million) IPO of TAM Multiplus (2010)
- Joint bookrunner on the $873 million IPO of Swift Transportation (2010)
- Financial Advisor to Continental on its US$8.0 billion merger of equals with United Airlines (2010)



0

# Larry Grafstein



**Larry Grafstein**
Managing Director
Co-Head of Americas Mergers & Acquisitions

Larry is a Managing Director and Co-Head of Americas Mergers & Acquisitions at UBS. In his more than 25 years on Wall Street, he has advised on approximately $800 billion of completed and pending transactions.  In 2014 he helped settle the strike and consumer boycott of Market Basket Supermarkets in New England.  Recently he advised Sprint on its acquisition by Softbank and the restructuring of its relationship with Clearwire; BAT on its support of the pending combination of Reynolds and Lorillard; Vodafone on its divestiture of its Verizon Wireless stake; AerCap in its acquisition of ILFC from AIG; Creative Artists Agency on its strategic partnership with TPG; Thai Union Frozen Products on its pending acquisition of Bumble Bee Seafoods from Lion Capital; Visteon on the pending sale of its 70% stake in Halla Visteon Climate Control Corp. to an affiliate of Hahn & Co.; Flow International Corporation on its acquisition by American Industrial Partners; Perion Networks on its reverse merger with Conduit; Leucadia in its merger with Jefferies; Comverse on its merger with Verint and its spin-off of CNS; the governments of Canada and Ontario on their investments in General Motors and Chrysler; Level 3 in its merger with Global Crossing; and Essilor on its acquisition of FGX.

His clients over the years have included AT&T, Intel, Microsoft, Time Warner as well as a host of companies in the consumer, industrial and financial sectors. He has also been involved in the landmark privatizations of Telefonos de Mexico and Telstra and has provided advice in some of the most complex and significant valuation and restructuring situations, including WorldCom MCI, Nortel, Nextel Partners, LIN and Charter Communications. Previously he was head of North American M&A at Rothschild, co-head of Technology, Media and Telecommunications at Lazard, and the global head of Telecommunications at Credit Suisse. He has also served on the board of a number of public companies and philanthropic institutions.

Larry is a graduate of Harvard University (B.A.), Oxford University (M.Phil, Balliol College), and the University of Toronto (J.D.).

## Selected Transactions include:

- Sole financial advisor to the Indiana Toll Road in its sale to IFM ($5.7bn)
- Advisor on Vodafone divestiture of Verizon Wireless stake ($130 bn)
- Sole advisor to AerCap on its acquisition of ILFC from AIG ($26 bn)
- Advisor to Sprint on its sale of control to Softbank and acquisition of Clearwire ($49 bn)
- Advisor to BAT on the pending combination of Reynolds and Lorillard ($27 bn)
- Advisor to Visteon Corp. on its pending divestiture of its 70% stake in HVCC ($3.6 bn)
- Advisor to Leucadia on its merger with Jefferies ($3 bn)
- Exclusive advisor to Governments of Canada and Ontario on managing their investments in General Motors and Chrysler ($30 bn)
- Lead advisor on the restructuring of WorldCom ($35 bn) and sale of MCI to Verizon ($15 bn)
- Advisor to Creative Artists Agency on its recapitalization and partnership with TPG (private)
- Advisor to Level 3 on its merger with Global Crossing ($3 bn)
- Advisor to certain members of the Demoulas family in the settlement of the strike and boycott of Market Basket Supermarkets in New England, in the sale of their $1.4 bn stake in GSM and affiliates, and in the resolution of their 20-year control dispute.
- Sole advisor to Microsoft on its investment in Comcast and financing of Comcast's purchase of AT&T Broadband ($70 bn)
- Advisor to Comverse on its spin-off of CNS and subsequent merger with Verint ($3.5 bn)
- Advisor to AT&T on its acquisition of TCI and Liberty Media ($70 bn)
- Lead advisor on the restructuring of Charter Communications ($23 bn)
- Lead advisor to Nextel on its merger with Sprint ($45 bn) and to the combined company on its acquisition of Nextel Partners ($10 bn)
- Advisor to AT&T on its acquisition of Media One ($40 bn)
- Sole advisor to Government of Australia on the privatization of Telstra ($15 bn)
- Lead advisor to Pacific Century on the purchase of Hong Kong Telecom ($30 bn)
- Sole advisor to Bell Canada on the four-way merger creating Cable and Wireless Communications of the UK ($8 bn)
- Advisor to Hutchison Whampoa on the sale of Orange ($40 bn)



0