# **EXHIBIT D**

| Expense Parent | Expense Description | Currency | Amount | Expense Posting Date |
| --- | --- | --- | --- | --- |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 231.40 | 22-Sep-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 65.00 | 22-Sep-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 39.00 | 22-Sep-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 822.90 | 22-Sep-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 234.00 | 22-Sep-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 422.50 | 22-Sep-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 227.50 | 22-Sep-2014 |
| IBD - Travel | Car Service | USD | 143.67 | 23-Sep-2014 |
| IBD - Travel | Car Service | USD | 148.37 | 23-Sep-2014 |
| IBD - Travel | Car Service | USD | 116.28 | 23-Sep-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 7.45 | 23-Sep-2014 |
| IBD - Telephony | Internet Use On Plane | USD | 20.95 | 23-Sep-2014 |
| IBD - Travel | Hotel Chicago | USD | 218.81 | 23-Sep-2014 |
| IBD - Travel | Meals while Travelling | USD | 14.83 | 23-Sep-2014 |
| IBD - Travel | Taxi | USD | 7.45 | 23-Sep-2014 |
| IBD - Professional Fees | Gibson Dunn Legal Fee | USD | 5,916.00 | 24-Sep-2014 |
| IBD - Professional Fees | Gibson Dunn Legal Fee | USD | 7,650.00 | 24-Sep-2014 |
| IBD - Information Centre Recharges | Information/Library Work | USD | 13.28 | 30-Sep-2014 |
| IBD - Telephony | Telephone - Blackberry | USD | 950.00 | 02-Oct-2014 |
| IBD - Travel | Car Service | USD | 219.94 | 03-Oct-2014 |
| IBD - Information Centre Recharges | Information/Library Work | USD | 33.33 | 03-Oct-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 5.97 | 04-Oct-2014 |
| IBD - Travel | Taxi | USD | 24.50 | 04-Oct-2014 |
| IBD - Travel | Taxi | USD | 21.50 | 04-Oct-2014 |
| IBD - Travel | Taxi | USD | 24.00 | 04-Oct-2014 |
| IBD - Travel | Taxi | USD | 22.10 | 04-Oct-2014 |
| IBD - Travel | Taxi | USD | 24.50 | 04-Oct-2014 |
| IBD - Travel | Air Fare | USD | 782.50 | 04-Oct-2014 |
| IBD - Entertainment | AAsosanSushi - Seamless/Food | USD | -25.62 | 08-Oct-2014 |
| IBD - Entertainment | AAsosanSushi - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | AAsosanSushi - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | AperitivoPizza&Bar - Seamless/Food | USD | -25.62 | 08-Oct-2014 |
| IBD - Entertainment | AperitivoPizza&Bar - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | AperitivoPizza&Bar - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | AtomicWings(2ndAve&60th) - Seamless/Food | USD | -25.62 | 08-Oct-2014 |
| IBD - Entertainment | AtomicWings(2ndAve&60th) - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | AtomicWings(2ndAve&60th) - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | AtomicWings(2ndAve&60th) - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | Bareburger(46thSt.) - Seamless/Food | USD | 25.44 | 08-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | -25.62 | 08-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.62 | 08-Oct-2014 |

| | | | | |
|---|---|---|---|---|
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.49 | 08-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.24 | 08-Oct-2014 |
| IBD - Entertainment | BlueChineseRestaurant(1stAve) - Seamless/Food | USD | 25.48 | 08-Oct-2014 |
| IBD - Entertainment | BrickLaneCurryHouseToo - Seamless/Food | USD | 24.79 | 08-Oct-2014 |
| IBD - Entertainment | HappyTaco - Seamless/Food | USD | -25.62 | 08-Oct-2014 |
| IBD - Entertainment | HappyTaco - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | HappyTaco - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | HappyTaco - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | MayaBlue - Seamless/Food | USD | 24.84 | 08-Oct-2014 |
| IBD - Entertainment | Nanking(Broadway) - Seamless/Food | USD | 25.48 | 08-Oct-2014 |
| IBD - Entertainment | RadicchioPastaandRisottoCompany - Seamless/Food | USD | 25.62 | 08-Oct-2014 |
| IBD - Entertainment | RenaissanceDiner(9thAve) - Seamless/Food | USD | 20.41 | 08-Oct-2014 |
| IBD - Entertainment | RenaissanceDiner(9thAve) - Seamless/Food | USD | 20.50 | 08-Oct-2014 |
| IBD - Entertainment | Toloache - Seamless/Food | USD | 23.81 | 08-Oct-2014 |
| IBD - Entertainment | PoncheTaqueria - Seamless/Food | USD | 25.29 | 08-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 462.80 | 10-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 348.40 | 10-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 107.90 | 10-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 386.10 | 10-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 204.10 | 10-Oct-2014 |
| IBD - Entertainment | MayaBlue - Seamless/Food | USD | 24.79 | 15-Oct-2014 |
| IBD - Entertainment | 7Green&Grain - Seamless/Food | USD | 25.62 | 15-Oct-2014 |
| IBD - Entertainment | AtomicWings(2ndAve&60th) - Seamless/Food | USD | 25.62 | 15-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.24 | 15-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.24 | 15-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.24 | 15-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.24 | 15-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.24 | 15-Oct-2014 |
| IBD - Entertainment | DafniGreekTaverna - Seamless/Food | USD | 13.15 | 15-Oct-2014 |
| IBD - Entertainment | EvergreenShanghaiRestaurant - Seamless/Food | USD | 25.29 | 15-Oct-2014 |
| IBD - Entertainment | GigiCafe(3rdAve) - Seamless/Food | USD | 20.39 | 15-Oct-2014 |
| IBD - Entertainment | MiNidito - Seamless/Food | USD | 25.05 | 15-Oct-2014 |
| IBD - Entertainment | Natureworks(55thSt) - Seamless/Food | USD | 25.48 | 15-Oct-2014 |
| IBD - Entertainment | PiatsaKalamaki(45thSt) - Seamless/Food | USD | 23.46 | 15-Oct-2014 |
| IBD - Entertainment | PiatsaKalamaki(45thSt) - Seamless/Food | USD | 25.40 | 15-Oct-2014 |
| IBD - Entertainment | Pietrasanta - Seamless/Food | USD | 23.20 | 15-Oct-2014 |
| IBD - Entertainment | PoncheTaqueria - Seamless/Food | USD | 25.62 | 15-Oct-2014 |
| IBD - Entertainment | PoncheTaqueria - Seamless/Food | USD | 25.46 | 15-Oct-2014 |
| IBD - Entertainment | PoncheTaqueria - Seamless/Food | USD | 25.29 | 15-Oct-2014 |
| IBD - Entertainment | RadicchioPastaandRisottoCompany - Seamless/Food | USD | 25.62 | 15-Oct-2014 |

| | | | | |
|---|---|---|---|---|
| IBD - Entertainment | RenaissanceDiner(9thAve) - Seamless/Food | USD | 19.79 | 15-Oct-2014 |
| IBD - Entertainment | RenaissanceDiner(9thAve) - Seamless/Food | USD | 19.85 | 15-Oct-2014 |
| IBD - Entertainment | RitzDiner - Seamless/Food | USD | 25.59 | 15-Oct-2014 |
| IBD - Entertainment | RitzDiner - Seamless/Food | USD | 20.50 | 15-Oct-2014 |
| IBD - Entertainment | Toloache - Seamless/Food | USD | 25.44 | 15-Oct-2014 |
| IBD - Entertainment | Toloache - Seamless/Food | USD | 25.48 | 15-Oct-2014 |
| IBD - Entertainment | UncleMario'sBrickOvenPizza - Seamless/Food | USD | 25.58 | 15-Oct-2014 |
| IBD - Travel | Car Service | USD | 88.17 | 17-Oct-2014 |
| IBD - Travel | Car Service | USD | 55.59 | 17-Oct-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 11.37 | 17-Oct-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 54.26 | 17-Oct-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 100.00 | 17-Oct-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 43.00 | 17-Oct-2014 |
| IBD - Travel | Hotel Chicago | USD | 285.16 | 17-Oct-2014 |
| IBD - Travel | Hotel Chicago | USD | 285.16 | 17-Oct-2014 |
| IBD - Other | Other - Tips | USD | 3.00 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 10.78 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 8.30 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 9.00 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.70 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.70 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.80 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.10 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.80 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 5.14 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 6.78 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.31 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.44 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.80 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 13.00 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.80 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 8.30 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 9.00 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.10 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 8.40 | 17-Oct-2014 |
| IBD - Travel | Taxi | USD | 7.20 | 17-Oct-2014 |
| IBD - Travel | Air Fare | USD | -565.70 | 17-Oct-2014 |
| IBD - Travel | Air Fare | USD | 565.70 | 17-Oct-2014 |
| IBD - Travel | Air Fare | USD | 370.30 | 17-Oct-2014 |
| IBD - Travel | Air Fare | USD | 282.85 | 17-Oct-2014 |
| IBD - Information Centre Recharges | Information/Library Work | USD | 13.28 | 17-Oct-2014 |

| IBD - Travel | Car Service | USD | 101.98 | 18-Oct-2014 |
|---|---|---|---|---|
| IBD - Travel | Car Service | USD | 75.64 | 18-Oct-2014 |
| IBD - Travel | Car Service | USD | 183.18 | 18-Oct-2014 |
| IBD - Travel | Taxi | USD | 9.65 | 18-Oct-2014 |
| IBD - Professional Fees | Gibson Dunn Legal Fee | USD | 18,768.00 | 20-Oct-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 9.37 | 21-Oct-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 6.35 | 21-Oct-2014 |
| IBD - Entertainment | AasiraJapaneseRestaurant(3rdAve) - Seamless/Food | USD | 25.44 | 21-Oct-2014 |
| IBD - Entertainment | AAsosanSushi - Seamless/Food | USD | 25.07 | 21-Oct-2014 |
| IBD - Entertainment | AperitivoPizza&Bar - Seamless/Food | USD | 25.62 | 21-Oct-2014 |
| IBD - Entertainment | Bareburger(46thSt.) - Seamless/Food | USD | 25.61 | 21-Oct-2014 |
| IBD - Entertainment | BaseraIndianBistro - Seamless/Food | USD | 25.62 | 21-Oct-2014 |
| IBD - Entertainment | BelmoraPizza&Restaurant - Seamless/Food | USD | 25.24 | 21-Oct-2014 |
| IBD - Entertainment | BengalTigerIndianFood - Seamless/Food | USD | 25.25 | 21-Oct-2014 |
| IBD - Entertainment | ChaPa'sNoodlesandGrill - Seamless/Food | USD | 25.33 | 21-Oct-2014 |
| IBD - Entertainment | ChaPa'sNoodlesandGrill - Seamless/Food | USD | 20.50 | 21-Oct-2014 |
| IBD - Entertainment | ChaPa'sNoodlesandGrill - Seamless/Food | USD | 25.30 | 21-Oct-2014 |
| IBD - Entertainment | DafniGreekTaverna - Seamless/Food | USD | 23.73 | 21-Oct-2014 |
| IBD - Entertainment | ErnestKlein&Co. - Seamless/Food | USD | 25.09 | 21-Oct-2014 |
| IBD - Entertainment | ErnestKlein&Co. - Seamless/Food | USD | 20.12 | 21-Oct-2014 |
| IBD - Entertainment | IntiN.Y.C. - Seamless/Food | USD | 25.62 | 21-Oct-2014 |
| IBD - Entertainment | Joe'sShanghai - Seamless/Food | USD | 24.71 | 21-Oct-2014 |
| IBD - Entertainment | JustSalad(RockefellerCenter) - Seamless/Food | USD | 24.04 | 21-Oct-2014 |
| IBD - Entertainment | KareThai - Seamless/Food | USD | 25.48 | 21-Oct-2014 |
| IBD - Entertainment | MarrakechMiddleEasternCuisine - Seamless/Food | USD | 24.99 | 21-Oct-2014 |
| IBD - Entertainment | PiatsaKalamaki(45thSt) - Seamless/Food | USD | 25.40 | 21-Oct-2014 |
| IBD - Entertainment | PiatsaKalamaki(45thSt) - Seamless/Food | USD | 25.40 | 21-Oct-2014 |
| IBD - Entertainment | PiatsaKalamaki(45thSt) - Seamless/Food | USD | 19.35 | 21-Oct-2014 |
| IBD - Entertainment | PiatsaKalamaki(45thSt) - Seamless/Food | USD | 25.40 | 21-Oct-2014 |
| IBD - Entertainment | PiatsaKalamaki(45thSt) - Seamless/Food | USD | 25.40 | 21-Oct-2014 |
| IBD - Entertainment | PoncheTaqueria - Seamless/Food | USD | 21.99 | 21-Oct-2014 |
| IBD - Entertainment | PoncheTaqueria - Seamless/Food | USD | 24.17 | 21-Oct-2014 |
| IBD - Entertainment | PoncheTaqueria - Seamless/Food | USD | 24.17 | 21-Oct-2014 |
| IBD - Entertainment | RenaissanceDiner(9thAve) - Seamless/Food | USD | 19.29 | 21-Oct-2014 |
| IBD - Entertainment | Rice&Beans - Seamless/Food | USD | 25.46 | 21-Oct-2014 |
| IBD - Entertainment | TriTipGrill - Seamless/Food | USD | 25.62 | 21-Oct-2014 |
| IBD - Entertainment | TriTipGrill - Seamless/Food | USD | 25.62 | 21-Oct-2014 |
| IBD - Entertainment | UncleMario'sBrickOvenPizza - Seamless/Food | USD | 25.62 | 21-Oct-2014 |
| IBD - Telephony | Internet Use On Plane | USD | 20.95 | 21-Oct-2014 |
| IBD - Information Centre Recharges | Information/Library Work | USD | 83.33 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 55.20 | 21-Oct-2014 |

| IBD - Other | Other - Admin Overtime | USD | 7.20 | 21-Oct-2014 |
|---|---|---|---|---|
| IBD - Other | Other - Admin Overtime | USD | 62.40 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 96.00 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 14.40 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 69.60 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 336.00 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 7.20 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 96.00 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 48.00 | 21-Oct-2014 |
| IBD - Other | Other - Admin Overtime | USD | 62.40 | 21-Oct-2014 |
| IBD - Travel | Taxi | USD | 20.30 | 21-Oct-2014 |
| IBD - Travel | Taxi | USD | 13.80 | 21-Oct-2014 |
| IBD - Travel | Taxi | USD | 47.30 | 21-Oct-2014 |
| IBD - Travel | Taxi | USD | 44.45 | 21-Oct-2014 |
| IBD - Travel | Taxi | USD | 20.40 | 21-Oct-2014 |
| IBD - Travel | Car Service | USD | 33.56 | 22-Oct-2014 |
| IBD - Entertainment | Meals while Travelling | USD | 28.52 | 22-Oct-2014 |
| IBD - Information Centre Recharges | Information/Library - FactSet Usage | USD | 63.53 | 23-Oct-2014 |
| IBD - Information Centre Recharges | Information/Library - FactSet Usage | USD | 17.76 | 23-Oct-2014 |
| IBD - Information Centre Recharges | Information/Library - FactSet Usage | USD | 442.31 | 23-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 360.10 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 1,177.80 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 176.80 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 156.00 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 97.50 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 123.50 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 1,293.50 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 689.00 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 341.90 | 27-Oct-2014 |
| IBD - Presentation and Print Centre Recharges | Presentations/Graphics Work | USD | 378.30 | 27-Oct-2014 |
| IBD - Professional Fees | Gibson Dunn Legal Fee | USD | 8,568.00 | 04-Dec-2014 |