**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

----------------------------------------------------------------x
In re:                                                          :
                                                                :   Chapter 11
                                                                :
ITR CONCESSION COMPANY LLC, *et al.*,                           :   Case No. 14-34284 (PSH)
                                                                :
                    Debtors.                                    :   (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**COMMITTEE OF SECURED PARTIES' STATEMENT IN SUPPORT OF**
**FEE APPLICATIONS FILED BY (1) UBS SECURITIES LLC AND**
**(2) MOELIS & COMPANY LLC**

This statement (the "Statement") in support of approval of the *First and Final Application of Moelis & Company LLC for Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker and Financial Advisor for the Debtors and Debtors in Possession from September 21, 2014 through October 28, 2014* [Docket No. 275] (the "Moelis Fee Application") and the *First and Final Fee Application of UBS Securities LLC as Investment Banker and Financial Advisor for the Special Committee of Statewide Mobility Partners LLC* [Docket No. 277] (the "UBS Fee Application") is filed by the Committee of Secured Parties (as defined in the confirmed *Joint Prepackaged Plan of Reorganization of ITR Concession Company LLC,* et al.,[Docket No. 134] (the "Plan"))[1].

The Committee of Secured Parties respectfully states as follows:

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Plan.

**Statement in Support**

1. The Committee of Secured Parties is comprised of various holders of Loan Claims and Hedging Claims against Debtor Indiana Toll Road Concession Company LLC ("ITRCC"). Collectively, the members of the Committee of Secured Parties hold over 90% in amount of the Senior Secured Claims.

2. The Committee of Secured Parties fully supports approval of the Moelis Fee Application and UBS Fee Application in their entirety. The Committee of Secured Parties recognizes the efforts of Moelis & Company LLC ("Moelis") as investment banker and financial advisor for the Debtors (as defined below) and UBS Securities LLC ("UBS Securities") as investment banker and financial advisor for the Special Committee (the "Special Committee") of the Board of Directors of Debtor Statewide Mobility Partners LLC ("Statewide" and together with the additional above-captioned debtors, the "Debtors").

3. As detailed more fully in the Moelis Fee Application, Moelis provided crucial services to the Debtors during the period for which it is seeking compensation. Moelis's services included (i) reviewing and analyzing the Plan and its implementation; (ii) participating in hearings; (iii) participating and assisting in the sale process and meeting with Debtors' management throughout; and (iv) assisting the Debtors with their cash collateral reporting and budget requirements. Moelis's efforts throughout the Plan implementation and sale process were necessary to the Debtors' orderly and successful reorganization. Thus, the Committee of Secured Parties believes that the compensation requested by Moelis is reasonable and appropriate under the circumstances.

4. As detailed more fully in the UBS Fee Application, UBS Securities spent a significant amount of time performing services on behalf of the Special Committee to complete the complex marketing, bidding, and sale process, including (i) structuring the marketing and

sale process to create a competitive bidding environment; (ii) working with third parties to prepare analyses of the Indiana Toll Road and managing the due diligence process, as well as working with the potential bidders and the Indiana Finance Authority to ensure a seamless approval process; (iii) advising the Special Committee regarding various bidders; and (iv) working with IFM, the successful bidder, throughout the closing process.

5. UBS Securities' efforts throughout the sale process fostered a competitive bidding environment, which resulted in a transaction favorable to all parties involved. The sale process resulted in an approximate 95% recovery for the holders of Senior Secured Claims, $100 million recovery for the prior equity holders and a full recovery for all other creditors, all while the Indiana Toll Road continued to provide seamless services to the traveling public. The success of these cases and levels of recoveries were far from certain and likely exceeded even the most optimistic predictions being made at their commencement. These results would not have been possible without the efforts of all professionals involved.[2] Accordingly, the Committee of Secured Parties believes that the compensation requested by UBS Securities, including the Transaction Fee (as defined in the UBS Fee Application), is reasonable and appropriate under the circumstances.

---

[2] The Committee of Secured Parties would also like to acknowledge the efforts of Kirkland & Ellis LLP as counsel to the Debtors and Richards, Layton & Finger, P.A. as counsel to the Special Committee, both of which firms' final fee applications have already been approved by the Court.

**Conclusion**

6. For all of the reasons set forth in this Statement, as well as those set forth in the Moelis Fee Application and UBS Fee Application, the Committee of Secured Parties respectfully requests that the Court grant the relief sought in the Moelis Fee Application and UBS Fee Application.

Dated: June 16, 2015
       Chicago, IL

/s/ *Michael P. O'Neil*
Michael P. O'Neil (IL Attorney No. 6194470)
TAFT, STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 527-4000

and

Gerard Uzzi, admitted *pro hac vice*
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000

*Counsel for the Committee of Secured Parties*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on June 16, 2015 before 5:00 pm EST. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.