# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ITR CONCESSION COMPANY LLC, *et al.*,[1] | ) Case No. 14-34284 (PSH) |
| Debtors. | ) (Jointly Administered) |

## ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF UBS SECURITIES LLC, AS INVESTMENT BANKER AND FINANCIAL ADVISOR FOR THE SPECIAL COMMITTEE OF STATEWIDE MOBILITY PARTNERS LLC

Upon the first and final fee application (the "Fee Application")[2] of UBS Securities LLC ("UBS Securities"), as investment banker and financial advisor for the Special Committee of Statewide Mobility Partners LLC, for entry of an order ("Order") allowing compensation for services rendered and for reimbursement of expenses incurred; and the Fee Application having previously been filed and served, the notice provided for the Fee Application being good and sufficient and no other or further notice being necessary, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Fee Application is APPROVED on a final basis.

2. The payment of the fees and reimbursement for the actual and necessary expenses incurred by UBS Securities in the amounts set forth on the attached Exhibit 1 is allowed on a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: ITR Concession Company LLC (0293); ITR Concession Company Holdings LLC (0285); and Statewide Mobility Partners LLC (1312). The location of the Debtors' service address for the purposes of these chapter 11 cases is: c/o ITR Concession Company LLC, 205 North Michigan Avenue, Suite 2510, Chicago, Illinois 60601.

[2] Defined terms used but not defined herein shall have the meanings given to them in the Fee Application.

1

final basis, and the Debtors are authorized and directed to pay to UBS Securities 100% of the unpaid amount of the amounts set forth in Exhibit 1 to the extent not previously paid to UBS Securities; *provided* that UBS Securities shall not request, and the Debtors shall not be required to pay to UBS Securities, any fees or expenses in excess of the amount reserved in the Professional Fee Account on behalf of UBS Securities in accordance with the Plan.

3. In addition to the amounts set forth in Exhibit 1, the Debtors are further authorized and directed to pay to UBS Securities any unpaid portion of (a) the Transaction Fee, in the amount of $28,037,500 (which is net of the $1,400,000 in Monthly Fees previously paid), which amount is determined in accordance with the formula for calculating the Transaction Fee set forth in the Engagement Letter previously approved by this Court in the Retention Order and reflects the application of 100% of the Monthly Fees against the Transaction Fee, and (b) the total expenses for the Engagement Period.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Fee Application.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: JUN 2 3 2015, 2015
Chicago, Illinois

_____
HONORABLE PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

| Applicant | Final Fees Requested and Approved | Final Expenses Requested and Approved | Total |
|---|---|---|---|
| UBS Securities LLC | $400,000.00 | $57,753.05 | $457,753.05 |