Claims Register

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Claim Type | A | R | A/R Date | Nature | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/08/2014 | 1 | NEW PIG CORP. | | ONE PORK AVENUE | | TIPTON | PA | 16684-0304 | $921.73 | Trade Claim | | | | General Unsecured | ITR Concession Company Holdings LLC | 14-34285 |
| 10/07/2014 | 2 | Tannor Partners Credit Fund LP | As Assignee for Wire Supplies Inc. | 150 Grand Street, Suite 401 | | White Plains | NY | 10601 | $5,311.50 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 10/13/2014 | 3 | SEI COATINGS, LLC | | 8450 W 191ST STREET, UNIT 19 | | MOKENA | IL | 60448 | $62,503.55 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 10/14/2014 | 4 | GreatAmerica Financial Services Corporation | Attn Peggy Upton, Litigation Specialist | PO Box 609 | | Cedar Rapids | IA | 52406 | $3,138.96 | Trade Claim | | | | Secured | ITR Concession Company LLC | 14-34284 |
| 10/14/2014 | 4 | GreatAmerica Financial Services Corporation | Attn Peggy Upton, Litigation Specialist | PO Box 609 | | Cedar Rapids | IA | 52406 | $6,088.57 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 10/17/2014 | 5 | Integrity Marketing Group Inc | Steven Daniel Arnold | 3301 Green St. | | Shelby | MI | 49455 | UNLIQUIDATED | Bond/Note Claim | | | | Priority | ITR Concession Company LLC | 14-34284 |
| 10/14/2014 | 6 | Niblock Excavating, Inc. | Chad Niblock, General Manager | P.O. BOX 211 | | Bristol | IN | 46507 | $14,379.53 | Trade Claim | | | | General Unsecured | ITR Concession Company Holdings LLC | 14-34285 |
| 10/14/2014 | 7 | Niblock Excavating, Inc. | Chad Niblock, General Manager | P.O. BOX 211 | | Bristol | IN | 46507 | $14,379.53 | Trade Claim | | | | General Unsecured | Statewide Mobility Partners LLC | 14-34287 |
| 10/14/2014 | 8 | Niblock Excavating, Inc. | Chad Niblock, General Manager | P.O. BOX 211 | | Bristol | IN | 46507 | $14,379.53 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 10/20/2014 | 9 | GEORGE E. BOOTH CO., INC. | | 8202 WEST 10TH. STREET | | INDIANAPOLIS | IN | 46214 | $1,995.50 | Trade Claim | | | | Admin Priority | ITR Concession Company LLC | 14-34284 |
| 10/22/2014 | 10 | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | Philadelphia | PA | 1910-7346 | $20,451.56 | Tax Claim | | | | Priority | ITR Concession Company LLC | 14-34284 |
| 10/23/2014 | 11 | Zolman Tire, Inc. | | 2014 E. McKinley Avenue | | Mishawaka | IN | 46545-7299 | $590.34 | 1503(b)(9) Claim | | | | Admin Priority | ITR Concession Company LLC | 14-34284 |
| 10/23/2014 | 11 | Zolman Tire, Inc. | | 2014 E. McKinley Avenue | | Mishawaka | IN | 46545-7299 | $28,040.15 | 503(b)(9) Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 10/24/2014 | 12 | Swank Uniform Rental Inc. | Attn Director or Officer | 1101 King Street | | South Bend | IN | 46616 | $251.78 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 10/27/2014 | 13 | Fastenal | | P.O. BOX 1286 | | Winona | MN | 55987-1286 | $421.99 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 10/29/2014 | 14 | The Royal Bank of Scotland PLC | Attn Brian Geldert | 600 Washington Blvd. | | Stamford | CT | 06901 | UNLIQUIDATED | Indemnification Claim | | | | Secured | ITR Concession Company LLC | 14-34284 |
| 11/03/2014 | 15 | MSC Industrial Supply Co. | Attn Legal Dept | 75 Maxess Road | | Melville | NY | 11747 | $422.71 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/12/2014 | 16 | Illinois American Water | Dana K. Mitchell | P.O. Box 578 | | Alton | IL | 62002 | $108.51 | Utility Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/12/2014 | 17 | Illinois American Water | Dana K. Mitchell | P.O. Box 578 | | Alton | IL | 62002 | $143.87 | Utility Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/12/2014 | 18 | Illinois American Water | Dana K. Mitchell | P.O. Box 578 | | Alton | IL | 62002 | $66.19 | Utility Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/12/2014 | 19 | Illinois American Water | Dana K. Mitchell | P.O. Box 578 | | Alton | IL | 62002 | $100.00 | Utility Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/12/2014 | 20 | Illinois American Water | Dana K. Mitchell | P.O. Box 578 | | Alton | IL | 62002 | $263.62 | Utility Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/12/2014 | 21 | Illinois American Water | Dana K. Mitchell | P.O. Box 578 | | Alton | IL | 62002 | $175.04 | Utility Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/17/2014 | 22 | MSC Industrial Supply Co. | Attn Legal Dept | 75 Maxess Road | | Melville | NY | 11747 | $98.04 | Trade Claim | A | | 11/03/2014 | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/18/2014 | 23 | Department of the Treasury - Internal Revenue Service | | P.O. Box 7346 | | Philadelphia | PA | 1910-7346 | $0.00 | Tax Claim | A | | 10/16/2014 | Priority | ITR Concession Company LLC | 14-34284 |
| 11/19/2014 | 24 | State of Delaware, Division of Corporations | | 401 Federal Street, Ste 4 | | Dover | DE | 19901 | $216.99 | Tax Claim | | | | Priority | ITR Concession Company LLC | 14-34284 |
| 11/19/2014 | 25 | State of Delaware, Division of Corporations | | 401 Federal Street, Ste 4 | | Dover | DE | 19901 | $216.99 | Tax Claim | | | | Priority | ITR Concession Company Holdings LLC | 14-34285 |
| 11/18/2014 | 26 | State of Delaware, Division of Corporations | | 401 Federal Street, Ste 4 | | Dover | DE | 19901 | $216.99 | Tax Claim | | | | Priority | Statewide Mobility Partners LLC | 14-34287 |
| 11/21/2014 | 27 | SUNPRO, INCORPORATED | | 7840 WHIPPLE AVENUE NW | | NORTH CANTON | OH | 44720 | $11,941.49 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/14/2014 | 28 | Northern Indiana Public Service Company | Attn Revenue/Recovery | 801 E. 86th Avenue | | Merrillville | IN | 46410 | $54,529.16 | Utility Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 11/24/2014 | 29 | Smith Ready Mix, Inc. | R. Bradley Koeppen | Douglas, Koeppen & Hurley | PO Box 209 | Valparaiso | IN | 46384-0209 | $2,204.75 | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 01/08/2015 | 30 | Frontier Communications | Bankruptcy Dept | 19 John St | | Middletown | NY | 10940 | $824.78 | Utility Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |
| 04/13/2015 | 31 | OHIO DEPT. OF COMMERCE-UNCLAIMED FUNDS | | 77 S. HIGH ST. 20TH FLOOR | | COLUMBUS | OH | 43215-8108 | UNLIQUIDATED | Trade Claim | | | | General Unsecured | ITR Concession Company LLC | 14-34284 |